IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND TIMOTHY FRANK, | ) | No. C 08-4835 MMC (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| IVAN D. CLAY, | ) | **(Docket Nos. 2 & 3)** |
| Respondent. | ) | |

On October 22, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.

More than thirty days have passed since the deficiency notice and petitioner has not filed a completed IFP application, paid the filing fee, or otherwise responded to the deficiency notice. Accordingly, the above-titled action is hereby DISMISSED without prejudice, and petitioner's incomplete application to proceed IFP and motion for appointment of counsel are hereby DENIED as moot.

This order terminates Docket Nos. 2 and 3.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: December 4, 2008

_____
MAXINE M. CHESNEY
United States District Judge