IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND TIMOTHY FRANK,

        Petitioner,

  v.

IVAN D. CLAY,

        Respondent.
                                /

No. CV-08-4835 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice, and petitioner's incomplete application to proceed IFP and motion for appointment of counsel are hereby DENIED as moot.

Dated: December 4, 2008                                              Richard W. Wieking, Clerk

                                                                      By: Tracy Lucero
                                                                      Deputy Clerk